UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES DERRICK SIMPSON,          )
ANTHONY SOBCZAK, AND            )
DONNA SOBCZAK,                  )
                                )
Plaintiffs,                     )
                                )
v.                              )     No. 3:12-CV-00447
                                )     JURY DEMAND
T H R & ASSOCIATES, INC.,       )     JUDGE HAYNES
                                )     MAGISTRATE JUDGE BRYANT
Defendant.                      )

*[Handwritten annotation:]* ORDER Based upon the related bankruptcy proceeding and lack of any opposition, this motion is GRANTED. A status conference is set for March 21, 2014 at 2:00 pm. [signature] 2-21-14

## MOTION TO SET ASIDE THE ORDER OF DISMISSAL

COMES NOW the Plaintiffs, James Derrick Simpsons, Anthony Sobczak and

Donna Sobczak, by and through undersigned counsel and respectfully request this

Honorable Court set aside the Order of Dismissal entered by this Court under Fed. R.

Civ. P. 41(b) and Local Rule 41.01 on August 5, 2013, Document No. 21.

Counsel submits that this action was filed on May 3, 2012 and while an attorney

for the Defendant appeared via telephone for the initial case management hearing, no

responsive pleading was filed by the Defendant and the Defendant filed for bankruptcy

protection soon after the initial case conference. An automatic stay was issued on

September 9, 2012 by the United States Bankruptcy Court, Central District of Illinois.

The Plaintiffs filed a notice with this Court on October 10, 2012 that the Defendant in

this case was in bankruptcy and thought the filings included that that the matter was

stayed per the Central District of Illinois order. See, Document No. 18. Based on the

Plaintiff receiving notice from the bankruptcy court that the matter was stayed and filing

the same with this Court, counsel for Plaintiffs believed that the current matter was also